**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In the matter of: | **Case No.:** 07-30464-dof |
| Arthur Scott | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

  The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| State of Mississippi CU | Paid Per Plan | 2 | Priority | 704553 | $3.47 |

Dated: March 9, 2010

                  /s/Carl L. Bekofske
                  Carl L. Bekofske,
                  Standing Chapter 13 Trustee
                  510 W. Court Street
                  Flint, MI 48503
                  Telephone: (810) 238-4675
                  Fax: (810) 238-4712
                  Email: ECF@flint13.com
                  P10645